# Order

Michigan Supreme Court
Lansing, Michigan

September 18, 2015

152094

In re KEVIN J. RIEMAN

_____

ATTORNEY GRIEVANCE COMMISSION,
      Petitioner.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 152094
ADB: 15-9-GA

On order of the Court, the petition for injunction pursuant to MCR 9.108(E)(4) is considered, and it is GRANTED. We ORDER that Kevin J. Rieman (P45548) is enjoined from practicing law in the State of Michigan until the felony charges pending against him have concluded. If the respondent is acquitted of all felony charges, this injunction shall automatically dissolve.



a0915

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2015 _____



Clerk